# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv150

| | |
|---|---|
| GREGORY G. ARMENTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ASHEVILLE BUNCOMBE ) | |
| COMMUNITY CHRISTIAN ) | |
| MINISTRY, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court are the Motion for Extension of Time to Answer [# 13] and Motion for Extension of Time to Respond [# 14]. For good cause shown, the Court **GRANTS** the motions [# 13 & # 14]. Defendant shall have until August 14, 2017, to respond to the pending Motion for Preliminary Injunction and to answer or otherwise respond to the Complaint.

Signed: July 17, 2017

Dennis L. Howell
United States Magistrate Judge