IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv150

| GREGORY G. ARMENTO, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ASHEVILLE BUNCOMBE COMMUNITY CHRISTIAN MINISTRY, INC., | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion for Exemption of Pacer Fees [# 11]. Plaintiff, who is proceeding *pro se*, moves the Court to allow him to be exempt from paying pacer fees. Upon consideration of the record and Plaintiff's motion, the Court **DENIES** the motion [# 11].

Signed: July 28, 2017

Dennis L. Howell
United States Magistrate Judge