IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv150

| | |
|---|---|
| GREGORY G. ARMENTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ASHEVILLE BUNCOMBE ) | |
| COMMUNITY CHRISTIAN ) | |
| MINISTRY, INC., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court are the Motion to Stay [# 24] and Motion for a Scheduling Order [# 26]. Upon a review of the parties' motions, the record, and the relevant legal authority, the Court **DENIES** the Motion to Stay [# 24] and **GRANTS** the Motion for Scheduling Order [# 26]. A stay of this case is not warranted. The Court will enter a scheduling order in this case in the coming days.

Signed: September 21, 2017

Dennis L. Howell
United States Magistrate Judge