# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv150

| | |
|---|---|
| GREGORY G. ARMENTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ASHEVILLE BUNCOMBE ) | |
| COMMUNITY CHRISTIAN ) | |
| MINISTRY, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Correct Page Four [# 31]. Plaintiff moves to correct page four of the previously filed Motion to Stay, which the Court denied. The Court **GRANTS** the motion [# 31] and allows the substitution of page four. The substitution of page four, however, has no impact on the Court's prior determination that a stay in this case is not warranted.

Signed: September 26, 2017

_____
Dennis L. Howell
United States Magistrate Judge