FILED: April 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1100
(1:17-cv-00150-MR-DSC)

_____

GREGORY G. ARMENTO

   Plaintiff - Appellant

v.

ASHEVILLE BUNCOMBE COMMUNITY CHRISTIAN MINISTRY, INC.

   Defendant - Appellee

------------------------------

NATIONAL EMPLOYMENT LAW PROJECT; DISABILITY RIGHTS NORTH CAROLINA; NEW YORK LEGAL ASSISTANCE GROUP; NORTH CAROLINA ADVOCATES FOR JUSTICE; UCLA SCHOOL OF LAW VETERANS LEGAL CLINIC

   Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK